

|  |  |
|---|---|
| Eckert Seamans Cherin & Mellott, LLC | TEL: 609.392.2100 |
| 2000 Lenox Drive, Suite 203 | FAX: 609.392.7956 |
| Lawrenceville, NJ 08648 | |

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No. 269900-02399

Karlee M. Martin
609-989-5036
kmartin@eckertseamans.com

April 26, 2024

**Via Electronic Filing**
The Honorable Ann Marie Donio, United States Magistrate Judge
United States District Court for the District of New Jersey
4th & Cooper Street, Court Room 3B
Camden, New Jersey 08101

> **RE:** **Jonathan Colon v. Cumberland County D.O.C., et al.**
> **Case 1:22-cv-02427-ESK-AMD**

Dear Judge Donio:

     This firm was appointed to represent plaintiff, Jonathan Colon. Please accept this as an update on the above-captioned matter. The parties have reached a settlement agreement in principle, which was approved by the Cumberland County Insurance Commission at its meeting in April 2024. We are currently finalizing all settlement documents and anticipate having them executed by the parties within the next week or two.

     Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

*/s/ Karlee M. Martin*
Karlee M. Martin, Esq.

cc:     All counsel of record (via e-filing)

113125193.1