LM Londar & McClain, PC
3000 Atrium Way
Suite 200 - PMB #319
Mount Laurel, NJ 08054
(888) 386-4443
Lilia Londar, Esquire (LL 1120)
Jeffrey S. McClain, Esquire (JSM 0966)
Attorneys for Defendant CFG Health Systems, LLC and Kristina Smith

| | |
|---|---|
| Jonathan Colon,<br><br>Plaintiff,<br><br>v.<br><br>Warden Eugene J. Caldwell II, individually and in his official capacity, Warden Richard T. Smith, individually and in his official capacity, Assistant Warden Charles Warren, individually and in his official capacity, Kristina Smith, individually and in her official capacity, CFG Health Systems, LLC and Cumberland County, New Jersey,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>**District of New Jersey**<br>Camden Vicinage<br><br>Case No. 1:22-cv-02427 (NLH)(AMD)<br><br>Civil Action<br><br>**Stipulation of Dismissal** |

    THIS MATTER having been amicably resolved by and between the parties, it is hereby stipulated and agreed that any and all claims of Plaintiffs Jonathan Colon in this matter be and hereby are dismissed with prejudice along with any and all cross-claims against CFG Health Systems, LLC, without attorney's fees or costs.

Dated: __12/12/24__      __/s/ Karlee Martin_____
                                Karlee Martin, Esquire
                                Attorney for Plaintiff Jonathan Colon

Dated: __12-13-2024__      [signature]
                                James Birchmeier, Esquire
                                Attorney for Defendants Caldwell, Smith and Warren

Dated: __12/12/24__      __/s/ Jeffrey S. McClain__ (JSM 0966)___
                                Jeffrey S. McClain, Esquire
                                Attorney for Defendants CFG Health Systems, LLC and Kristina Smith